IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00823-MJW

TYRONE WALKER,

Plaintiff,

v.

DAVID SCHERBARTH, In Individual and Official Capacities,
WESLEY WILSON, In Individual and Official Capacities,
FRANKIE NICKERS, In Individual and Official Capacities,
VIRGINIA PAGE, In Individual and Official Capacities,
FELICIA BROOKS, In Individual and Official Capacities,
JEAN PETERSON, In Individual and Official Capacities,
RAMONA PHIPPS, In Individual and Official Capacities,
BRIAN UHRICH, In Individual and Official Capacities,
ALLEN HARMS, In Individual and Official Capacities,
CURTIS DEINES, In Individual and Official Capacities,
D. HILLYER, In Individual and Official Capacities,
FITZGERALD, In Individual and Official Capacities,
HIGGINS, In Individual and Official Capacities,
KEVIN VORWALD, In Individual and Official Capacities, and
MARC BOLT, In Individual and Official Capacities,

Defendants.

## ORDER SETTING STATUS CONFERENCE AND
## SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM

**Entered by Magistrate Judge Michael J. Watanabe**

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become familiar with the Pilot Program (see Docket No. 10).

**IT IS HEREBY ORDERED that on or before June 30, 2015, the parties shall complete and file the Pilot Program Consent Form (see Docket No. 10), indicating either unanimous consent of the parties or that consent has been declined.  Please note that this date may be earlier than the default deadlines contemplated by the Pilot Program.**

**IT IS HEREBY ORDERED** that a Status Conference shall be held on:

> July 14, 2015, at 2:00 p.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

> TO THE CASE MANAGER/
> INMATE COORDINATOR OF:
> Tyrone Walker, # 87763
> Sterling Correctional Facility (SCF)
> P.O. Box 6000
> Sterling, CO 80751

**IT IS FURTHER ORDERED** that the Plaintiff shall appear telephonically, and the plaintiff's case manager or other staff shall make the appropriate arrangements to permit plaintiff's attendance at the Scheduling Conference and shall contact the court at the time of the conference by calling the court at (303) 844-2403.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 1st day of June, 2015.

BY THE COURT:

*s/Michael J. Watanabe*
MICHAEL J. WATANABE
United States Magistrate Judge