**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   15-cv-00823-MJW                    FTR - Courtroom A-502

**Date:**   August 27, 2015                              Courtroom Deputy, Ellen E. Miller

_Parties_                                                _Counsel_

TYRONE WALKER,                                          _Pro Se_    (by telephone)
#97763

    Plaintiff(s),

v.

DAVID SCHERBARTH,                                      Molly A. Moats
In Individual and Official Capacities,
WESLEY WILSON,
In Individual and Official Capacities,
FRANKIE NICKELS,
In Individual and Official Capacities,
VIRGINIA PAGE,
In Individual and Official Capacities,
FELICIA BROOKS,
In Individual and Official Capacities,
JEAN PETERSON,
In Individual and Official Capacities,
RAMONA PHIPPS,
In Individual and Official Capacities,
BRIAN UHRICH,
In Individual and Official Capacities,
ALLEN HARMS, In Individual and Official Capacities,
CURTIS DEINES,
In Individual and Official Capacities,
D. HILLYER, In Individual and Official Capacities,
FITZGERALD, In Individual and Official Capacities,
HIGGINS, In Individual and Official Capacities,
KEVIN VORWALD,
In Individual and Official Capacities, and
MARC BOLT, In Individual and Official Capacities,

    Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:      **RULE 16(b) SCHEDULING CONFERENCE**
**Court in Session:**     9:02  a.m.
Court calls case.   Appearances of *Pro Se* plaintiff and defense counsel.  Ms. Moats appears for all defendants except defendant FRANKIE NICKELS.

This is the time set for a Rule 16(b) Scheduling Conference.  In light of the Motion to Stay Discovery filed by Defendants, this time is utilized as a Status Conference.  No deadlines or conferences are set at this time.

The Court raises Defendants' Motion to Stay for discussion.  Plaintiff advises the Court he has received a copy of the motion and has no objection to the stay.

**It is ORDERED:**      Defendants' MOTION TO STAY DISCOVERY AND STAY ANY RULE 26 DEADLINES AND PROCEEDINGS [Docket No. **28,** filed August 24, 2015 is **GRANTED.**
This case, including all discovery, all Rule 26 deadlines, and all proceedings, is **STAYED**  until further order of the Court and/or until a ruling is entered on the Defendants' Motion to Dismiss [Docket No. 23, filed August 10, 2015].

Plaintiff makes an Oral Motion for an Extension of Time to file his Response to the Motion to Dismiss [Docket No. 23].  With no objection by the Defendants,

**It is ORDERED:**      Plaintiff's Oral Motion for Extension of Time is **GRANTED,**
Plaintiff shall have up to and including **SEPTEMBER 14, 2015** within which to file his Response to Defendants' Motion to Dismiss [Docket No. 23, filed August 10, 2015].

Hearing concluded.
**Court in recess**:    9:07 a.m.
Total In-Court Time 00: 05