IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00823-MJW

TYRONE WALKER,

Plaintiff,

v.

DAVID SCHERBARTH, In Individual and Official Capacities,
WESLEY WILSON, In Individual and Official Capacities,
FRANKIE NICKELS, In Individual and Official Capacities,
VIRGINIA PAGE, In Individual and Official Capacities,
FELICIA BROOKS, In Individual and Official Capacities,
JEAN PETERSON, In Individual and Official Capacities,
RAMONA PHIPPS, In Individual and Official Capacities,
BRIAN UHRICH, In Individual and Official Capacities,
ALLEN HARMS, In Individual and Official Capacities,
CURTIS DEINES, In Individual and Official Capacities,
D. HILLYER, In Individual and Official Capacities,
FITZGERALD, In Individual and Official Capacities,
HIGGINS, In Individual and Official Capacities,
KEVIN VORWALD, In Individual and Official Capacities, and
MARC BOLT, In Individual and Official Capacities,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Leave to Depose Plaintiff, An Incarcerated Party (Docket No. 39) is GRANTED.

Date: January 29, 2016