IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00823-MJW

TYRONE WALKER,

Plaintiff,

v.

DAVID SCHERBARTH, In Individual and Official Capacities,
WESLEY WILSON, In Individual and Official Capacities,
FRANKIE NICKELS, In Individual and Official Capacities,
VIRGINIA PAGE, In Individual and Official Capacities,
FELICIA BROOKS, In Individual and Official Capacities,
JEAN PETERSON, In Individual and Official Capacities,
RAMONA PHIPPS, In Individual and Official Capacities,
BRIAN UHRICH, In Individual and Official Capacities,
ALLEN HARMS, In Individual and Official Capacities,
CURTIS DEINES, In Individual and Official Capacities,
D. HILLYER, In Individual and Official Capacities,
FITZGERALD, In Individual and Official Capacities,
HIGGINS, In Individual and Official Capacities,
KEVIN VORWALD, In Individual and Official Capacities, and
MARC BOLT, In Individual and Official Capacities,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Order Compelling Disclosure (Docket No. 41) is DENIED.  Although the interrogatory responses at issue are not literally responsive as a matter of semantic sentence construction, the substance of the answers fairly respond to the substance of the questions asked.

Date: March 30, 2016